ACCEPTED
04-15-00318-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/24/2015 2:51:48 PM
KEITH HOTTLE
CLERK

# No. 04-15-00318-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/24/2015 2:51:48 PM
KEITH E. HOTTLE
Clerk

IN THE COURT OF APPEALS
FOR THE FOURTH DISTRICT OF TEXAS

_____

GEMINI INSURANCE COMPANY AND BERKLEY OIL AND
GAS SPECIALTY SERVICES, LLC,

APPELLANTS

V.

DRILLING RISK MANAGEMENT, INC.,

APPELLEE

_____

On Appeal from the 216th Judicial District Court
Kendall County, Texas
Trial Court Cause No. 12-066
Honorable Bill Palmer, Judge Presiding

_____

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE APPELLANTS' BRIEF

_____

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellants, Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC, respectfully requests an extension of the deadline to file their brief as appellants under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), and would respectfully show this Court as follows:

1. This is Appellants' second motion for extension of time to file their brief.

2. The filing deadline for Appellants' brief is presently September 25, 2015.

3. Appellants request a 30-day extension of the deadline to file their opening brief, which would make the brief due Monday, October 26, 2015 (because the 30th day falls on a Sunday).

4. Appellants' counsel needs additional time to file the opening brief in this matter because they have been working to comply with concurrent deadlines and briefing requirements in other matters, including the following:

   - Cause No. 15-10655; *White v. Regional Adjustment Bureau*; in the Fifth Circuit Court of Appeals (Brief filed August 25, 2015).

   - Cause No. 14-14-00892-CV; *The Branch Law Firm L.L.P., et al. v. W. Shane Osborn*; in the Fourteenth Court of Appeals (Preparation and presentation of oral argument on September 1, 2015).

   - Cause No. 14-14-00470-CV; *Robert S. Bennett v. Commission for Lawyer Discipline*; in the Fourteenth Court of Appeals (Preparation and presentation of oral argument on September 16, 2015).

   - Cause No. CV-02121-13-02; *Ochoa v. LSDI, LP, d/b/a Lonestar Distribution, Inc.*; in the 159th District Court of Angelina County, Texas. (Preparation, attendance, and participation at extensive all-day pretrial hearings on September 22, 2015).

   - Cause No. 09-14-00325-CV; *Fort Apache Energy, Inc. v. Resaca, et al.*, in the Ninth Court of Appeals (Preparation and presentation of oral argument on September 24, 2015).

   - Cause No. 15-20184; *Wellogix, Inc. v. SAP America, Inc., et al.*, (consolidated with 15-20187); in the Fifth Circuit Court of Appeals (Reply Brief due October 5, 2015).

5. As indicated in the attached certificate of conference, counsel for Appellee, Drilling Risk Management, Inc., <u>does not oppose</u> the relief sought in this motion.

WHEREFORE, Appellants Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC respectfully request that the Court grant this motion and extend the deadline for their opening brief to Monday, October 26, 2015.

**CONCLUSION**

Appellants Gemini Insurance Company and Berkley Oil and Gas Specialty Services, LLC respectfully request that the Court grant this motion and extend the deadline for them to file their opening brief to Monday, October 26, 2015.

Respectfully submitted,

*/s/ R. Russell Hollenbeck*
R. Russell Hollenbeck
State Bar No. 00790901
Thomas C. Wright
State Bar No. 22059400
**WRIGHT & CLOSE, LLP**
One Riverway, Suite 2200
Houston, Texas  77056
(713) 572-4321
(713) 572-4320 (fax)
hollenbeck@wrightclose.com
wright@wrightclose.com

George H. Lugrin, IV
State Bar No. 00787930
Reece Rondon
State Bar No. 00794559
Amanda J. Kujda
State Bar No. 24053565
**HALL MAINES LUGRIN, PC.**
Williams Tower, 64th Floor
2800 Post Oak Blvd.
Houston, Texas 77056

(713) 871-9000
(713) 871-8962 (fax)
glugrin@hallmaineslugrin.com
rrondon@hallmaineslugrin.com
akujda@hallmaineslugrin.com

*Attorneys for Appellants,*
*Gemini Insurance Co. and*
*Berkley Oil & Gas Specialty*
*Services, LLC*

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I personally conferred via email with Catherine M. Stone, counsel for Appellee, Drilling Risk Management, Inc., and she indicated her client is not opposed to this motion.

/s/ *R. Russell Hollenbeck*
R. Russell Hollenbeck

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was served on all counsel of record electronically on September 24, 2015.

Catherine M. Stone
**LANGLEY & BANACK, INC.**
745 E. Mulberry Avenue, Suite 900
San Antonio, Texas 78212
cstone@langleybanack.com

Steve Skarnulis
Charles J. Cain
**CAIN & SKARNULIS, LLP**
400 W. 15th Street, Suite 900
Austin, Texas 78701
skarnulis@cstrial.com
ccain@cstrial.com

*/s/ R. Russell Hollenbeck*
R. Russell Hollenbeck